UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| CRAIG B. SHAFFER<br>U.S. Magistrate Judge | N. Marble<br>Deputy Clerk |
| Case Number:  03/H5066195; 96 | |
| Date: October 16, 2007 | |
| UNITED STATES OF AMERICA | Kasandra Carleton |
| v. | |
| PAGE PENK | Pro Se |

### COURT ORDER

Court orders that defendant's financial affidavit is withdrawn upon his motion filed October 15, 2007, and that the appointment of counsel is withdrawn.

The court date for defendant's arraignment set for November 9, 2007 at 10:00 am with Judge Watanabe is NOT withdrawn and the defendant should appear at that date and time.

*10-19-07 Hand-delivered to def. when in clk's office*

# UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Date: __October 19, 2007__          Case Number: __03/H5066195; 96__

## CERTIFICATE OF MAILING

The undersigned hereby certifies that on the above date a copy of the Court ruling on Motion to Void Financial Affidavit signed by was duly mailed to the persons listed below:

Assistant United States Attorney, Kasandra Carleton, Denver, CO

GREGORY C. LANGHAM, CLERK

By: _____
Nancy Marble, Petty Docket Clerk, Deputy Clerk