IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO, DENVER

JUDGE: CRAIG B. SHAFFER                    Nancy M. Marble, Deputy Clerk

Date: January 3, 2008
Violation/Case Number: 07-po-01242-CBS

                                            FTR / CBS am

UNITED STATES OF AMERICA                    Kasandra Carleton
            v.

PAGE PENK                                   Pro Se

---

**( ) INITIAL APPEARANCE    ( ) ARRAIGNMENT    ( )SENTENCING ( ) FURTHER**

**PROCEEDINGS (X) EXPEDITED HEARING ON MOTIONS**

Court in Session: 9:51 am    Court in Recess: 11:30 pm    Time in Court:1 hr 34 mins

Defendant appears pro se.

The Court denies defendant's motion for a jury trial.

The Court reviews defendant's financial affidavit for appointment of counsel, and finds that defendant qualifies for a court appointed counsel.

The defendant requests that the court appoint counsel to represent him.

**ORDER:** A CJA attorney is appointed to represent the defendant. Court requests that the attorney contact the defendant within 24 hours of this order, at either 303-283-7913 or at his father, Chester Penk's phone number, 303-366-7876. The defendant's address is 1304 S. Parker Road, PH 17, Denver, CO 80231.
The court also denies the defendant's motion for an Article III Judge to hear his case. All other motions that the defendant has filed are denied without prejudice. The motion for emergency hearing is granted since this hearing is in response to that motion. The government is to produce the video tape to the defendant and his attorney on or before January 8, 2008. The motions hearing set for January 7, 2008 at 9:00 am is vacated and the Bench Trial set for January 14, 2008 is also vacated.
The court further orders that the government must preserve any evidence that is pertinent to the case.

The Court orders that this case is set for a Status Conference with Judge Shaffer on

January 8, 2008 at 1:30 pm on the criminal docket.

Hearing concluded.