# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| | (For a Petty Offense) — Short Form |
| v. | CASE NUMBER: 07-po-01242 |
| PAGE PENK | Neil MacFarlane (Defendant's Attorney) |

**THE DEFENDANT:** Was found guilty on count 1 of the Information after a plea of not guilty.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18:13-7990; 41 CFR § 102-74.385 | Failure to comply with signs and directions | 8/17/2007 | 1 |
| 18:13-7990 | Disturbance | 8/17/2007 | 2 |

The defendant has been found not guilty on count 2 and is discharged as to such count.

## MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.
Defendant is to pay $185 within 30 days of this judgment, with the remaining amount due 60 days from the date of this judgment.

| | Assessment | Fine |
|---|---|---|
| **Total:** | $10.00 | $300.00 |

2/6/2008
Date of Imposition of Judgment

Signature of Judicial Officer

Craig B. Shaffer, U.S. Magistrate Judge
Name & Title of Judicial Officer

2/8/08
Date