IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Nel Steffens, Deputy Clerk           Date: April 25, 2008
Therese Lindblom, Court Reporter

Criminal Action No. 08-cr-00064-EWN

*Parties:*                                         *Counsel:*

UNITED STATES OF AMERICA,                          Michael Johnson

    Plaintiff,

v.

1. PAGE PENK,                                      Neil MacFarlane

    Defendant.

---

## COURTROOM MINUTES

**Status Conference**

**11:02 a.m.**     Court in session.

Court calls case and appearances.

Discussion regarding documents needed for the appeal.

Mr. MacFarlane states that Defendant Penk has asked to proceed *pro se*.

Court questions Defendant regarding rights related to proceeding *pro se*.

Discussion regarding Defendant's motion to proceed *in forma pauperis* and the CJA appointment of Mr. MacFarlane.

**ORDERED: 1.     The Defendant's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P 24 (#42 in**

        **case 07-po-01242-CBS which has been merged with 08-cr-00064-EWN, filed February 8, 2008) is GRANTED. Mr. MacFarlane shall continue to represent the Defendant.**

**ORDERED: 2.    The clerk shall issue a refund of fees paid by the Defendant.**

Discussion regarding scheduling.

**ORDERED: 3.    Defendant's brief is due thirty days from today's date; Government's response due thirty days after that; Defendant's reply fifteen days after that.**

Court states it will then decide whether oral argument will be needed at hearing.

**11:21 a.m.**    Court in recess.

Hearing concluded.

Total time: 00:19